1490

[Cite as *06/11/2002 Case Announcements*, 2002-Ohio-2760.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## June 11, 2002

## MOTION AND PROCEDURAL RULINGS

**2002-0407.   State ex rel. Jones v. Indus. Comm.**
Franklin App. No. 01AP-565. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the request of appellee, Industrial Commission of Ohio, for stay of proceedings pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),
   IT IS ORDERED by the court that the request for stay be, and hereby is, granted.

## DISCIPLINARY CASES

**2002-0313.   Disciplinary Counsel v. Conese.**
Upon consideration of relator's motion for continuance of oral argument scheduled for June 26, 2002,
   IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**2002-0880.   Coleman v. E. Cleveland City School Dist.**
Cuyahoga App. No. 80122. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002-0846.   State ex rel. Abling v. Indus. Comm.**
Franklin App. No. 01AP-745.

**2002-0899.   State ex rel. Scott v. Indus. Comm.**
Franklin App. No. 01AP-822, 2002-Ohio-2240.

   The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002-0497.   State ex rel. Holiday v. Indus. Comm.**
Franklin App. No. 01AP-390.

**2002-0750.   State ex rel. Moss v. Ohio State Hwy. Patrol.**
Franklin App. No. 00AP-1082.